1    WO

2

3

4

5

6              **IN THE UNITED STATES DISTRICT COURT**

7                 **FOR THE DISTRICT OF ARIZONA**

8

9    United States of America,              No. CR-10-08102-001-PCT-SPL

10                    Plaintiff,             **ORDER**

11   v.

12   Elijah Ray Massey,

13                    Defendant.

14

15        The defendant appeared in court with counsel. The defendant's probable cause

16   hearing was waived and the detention hearing was submitted on the record.  The Court

17   finds probable cause to believe the defendant violated the terms of his supervised release

18   as alleged in the petition.  The Court further finds, pursuant to Rule 32.1(a)(6), that

19   defendant has failed to show by clear and convincing evidence that he is not a flight risk

20   or a danger.

21        IT IS HEREBY ORDERED that the defendant shall be bound over for further

22   proceedings on the petition to revoke his supervised release.

23        IT IS FURTHER ORDERED that the defendant is detained as a flight risk and a

24   danger, pending further revocation proceedings.

25        Dated this 19th day of December, 2018.

26

27                                          _____
                                            Honorable Leslie A. Bowman
28                                          United States Magistrate Judge